**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Shirlene Reese BOONE, Defendant–Appellant.**

**No. 12–7412.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 22, 2013.

Decided: Jan. 24, 2013.

Shirlene Reese Boone, Appellant Pro Se.
Jennifer P. May–Parker, Assistant United
States Attorney, Raleigh, North Carolina,
for Appellee.

Before WILKINSON, NIEMEYER,
and THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Shirlene Reese Boone appeals the district court's order denying her motion for a transcript of the grand jury proceeding underlying her federal indictment. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Boone's informal brief does not challenge the basis for the district court's disposition, Boone has forfeited appellate review of the court's order. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*